1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7027
        philip.kopczynski@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )  NO. CR 16-495 JSC
                                     )
14         Plaintiff,                )  **NOTICE OF DISMISSAL;**
                                     )  **[PROPOSED] ORDER**
15     v.                            )
                                     )
16  EDMUND NOVICIO,                  )
                                     )
17         Defendant.                )
                                     )
18

19        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20  States Attorney for the Northern District of California dismisses the charge against Edmund Novicio in

21  the captioned case.

22        The United States charged the defendant with obstruction of mail in violation of 18 U.S.C.

23  § 1701, a Class B Misdemeanor. In March 2017, the parties agreed that if the defendant complied with

24  certain conditions for six months and performed community service, the United States would dismiss the

25  Information. The defendant has met his obligations, and therefore, with leave of the Court, the United

26  //

27  //

28  //

NOTICE OF DISMISSAL
NO. 16-CR-495 JSC

1  States dismisses the Information.

2  DATED: October 2, 2017                         Respectfully submitted,

3                                                 BRIAN J. STRETCH
                                                  United States Attorney
4

5                                                 /s/_____
                                                  PHILIP KOPCZYNSKI
6                                                 Assistant United States Attorney

7

8                         **[PROPOSED] ORDER**

9     Leave is granted to the United States to dismiss the Information against Edmund Novicio.  The

10 status hearing set for October 23, 2017 at 9:30 a.m. is vacated.

11 DATED: October _3_, 2017                       _____
                                                  HON. JACQUELINE SCOTT CORLEY
12                                                United States Magistrate Judge

NOTICE OF DISMISSAL
NO. 16-CR-495 JSC